UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6697

DENNIS STONEMAN,

Plaintiff - Appellant,

versus

L. THOMPSON, Physician,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (CA-03-716)

Submitted:  August 18, 2005          Decided:  August 26, 2005

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dennis Stoneman, Appellant Pro Se.  John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Stoneman appeals a district court order granting summary judgment to Dr. Levester Thompson and dismissing his complaint alleging deliberate indifference to his medical needs. We have reviewed the record and the district court's memorandum and order and affirm for the reasons stated by the district court.  See Stoneman v. Thompson, No. CA-03-716 (E.D. Va. Apr. 19, 2005).  We also deny Thompson's motion for reversal and summary judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED